UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-21455-CIV-MORENO**

CONCEPCION GIL and ABRAHAM GILL, a dependent,

    Plaintiffs,

vs.

FORD MOTOR COMPANY, a Foreign Corporation, GROUP 1 AUTOMOTIVE INC. d/b/a WORLD FORD OF KENDALL, a Foreign Corporation,

    Defendants.
_____/



## ORDER REMANDING CASE

THIS CAUSE came before the Court upon Defendant Ford Motor Company's Notice of Consent to Remand of Civil Action **(D.E. No. 16)**, filed on **August 11, 2008**.

THE COURT has considered the Notice and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand **(D.E. No. 14)**, filed on July 30, 2008 is **GRANTED** and that this Case be, and the same is, hereby **REMANDED** to the Circuit Court for the Eleventh Judicial Circuit in and for Dade County, Florida. The Clerk of the Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action. Further, it is

**ORDERED** that this case is **CLOSED** and all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Clerk of the Court for the 11th Judicial Circuit in and for Dade County, Florida